UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Tracy Cagle                                      Docket No. 7:12-CR-13-6FL

## Petition for Action on Supervised Release

COMES NOW Julie Wise Rosa, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Tracy Cagle, who, upon an earlier plea of guilty to Conspiracy to Commit Wire Fraud, in violation of 18 § U.S.C. 1349, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on January 9, 2013, to the custody of the Bureau of Prisons for a term of 38 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Tracy Cagle was released from custody on June 2, 2017, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 28, 2017, the defendant tested positive for amphetamine and methamphetamine. When confronted, she acknowledged taking cold medication. In a subsequent meeting with the probation officer, Cagle ultimately admitted to consuming Adderall on the same occasion due to the cold medication making her drowsy. Cagle was reprimanded for her behavior and will be required to participate in substance abuse treatment. Additionally, modifying supervision to include a DROPS sanction is appropriate in this case. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days;

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Michael C. Brittain<br>Michael C. Brittain<br>Supervising U.S. Probation Officer | /s/ Julie Wise Rosa<br>Julie Wise Rosa<br>Senior U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8675<br>Executed On: September 08, 2017 |

**Tracy Cagle**
**Docket No. 7:12-CR-13-6FL**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this ___8th___ day of ___September___, 2017, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge